```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -  x
                                        :
UNITED STATES OF AMERICA                :    ORDER OF FORFEITURE
                                        :
           -v.-                         :    S3 10 Cr. 798 (PAC)
                                        :
MARIBEL LOPEZ,                          :
                                        :
                    Defendant.          :
                                        :
- - - - - - - - - - - - - - - - - - -  x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-23-12

WHEREAS, on September 6, 2011, Maribel Lopez, (the "Defendant"), was charged in a one-count Information, S3 10 Cr. 798 (PAC) (the "Information"), with having structured transactions with one or more domestic financial institutions, in violation of Title 31, United States Code, Sections 5324(a)(3) and (d)(1) (Count One);

WHEREAS, the Information included a forfeiture allegation seeking, pursuant to Title 31, United States Code, Section 5317, the forfeiture of all property real and personal, involved in the offense or traceable to such property, including, but not limited to at least $155,000.00 in United States currency, in that such sum in aggregate is property that was involved in the offense charged in Count One of the Information or is traceable to such property;

WHEREAS, on September 6, 2011, the Defendant pled guilty to the Information pursuant to a plea agreement with the Government;

WHEREAS, on March 22, 2012, the Defendant was sentenced and ordered to forfeit $155,000.00 in United States currency, in that such sum in aggregate is property that was involved in the offense charged in Count One of the Information or is traceable to such property;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $155,000.00 in United States currency (the "Money Judgment") shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Order, this Order of Forfeiture is final as to the Defendant, Maribel Lopez, and shall be made part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. Upon execution of this Order of Forfeiture and pursuant to Title 21, United States Code, Section 853, the United

States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

    5.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

    6.    The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

    7.    The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, Chief of the Asset Forfeiture Unit, One Saint Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       March 22, 2012

SO ORDERED:

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE